## (April 19, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS BLACK, Appellant.—Judgment, Supreme Court, New York County, rendered on October 27, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points

which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Birns, Lupiano and Ross, JJ.